IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY STEVEN BOWMAN,

      Plaintiff,                 No. CIV S-07-2164 FCD KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.        FINDINGS & RECOMMENDATIONS
_____/

        By an order filed January 15, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form necessary to effect service on defendant. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

        Although it appears from the file that plaintiff's copy of the order and the USM-285 forms were returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

/////

1

1  These findings and recommendations will be submitted to the United States
2  District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within
3  twenty days after being served with these findings and recommendations, plaintiff may file
4  written objections with the court.  The document should be captioned "Objections to Findings
5  and Recommendations."   Plaintiff is advised that failure to file objections within the specified
6  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
7  (9th Cir. 1991).
8  DATED: March 17, 2008.

U.S. MAGISTRATE JUDGE

/bowm2164.fusm