IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY STEVEN BOWMAN,

        Plaintiff,                    No. CIV S-07-2164 FCD KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.           <u>ORDER</u>

                                /

On March 17, 2008, this court recommended that the action be dismissed for plaintiff's failure to comply with its order of January 15, 2008. Plaintiff has filed objections, explaining that he never received the order.

IT IS THEREFORE ORDERED that:

1. The findings and recommendations (docket no. 9) are hereby vacated.

2. Service of the complaint is appropriate for the following defendant: Schwarzenegger.

3. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed October 12, 2007.

/////

/////

1

4.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a.  The completed Notice of Submission of Documents;

    b.  One completed summons;

    c.  One completed USM-285 form for each defendant listed in number 2 above; and

    d.  Two copies of the endorsed complaint filed October 12, 2007.

5.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  April 4, 2008.

_____
U.S. MAGISTRATE JUDGE

2

bowm2164.vfr+1