1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

8    GARY STEVEN BOWMAN,

9            Plaintiff,                        No. CIV S-07-2164 FCD KJM P

10      vs.

11   ARNOLD SCHWARZENEGGER, et al.,

12           Defendants.              ORDER

13   _____/

14           Plaintiff has requested an extension of time to file and serve an opposition to

15   defendants' August 1, 2008 motion to dismiss.  He has filed a document on September 24, 2008,

16   addressing some of defendants' claims.  The court will, however, grant him an opportunity to file

17   a more complete opposition based on his allegation that he has not yet been given access to his

18   legal materials since being reimprisoned.

19           Good cause appearing, IT IS HEREBY ORDERED that:

20           1.  Plaintiff's motion for an extension of time (docket no. 30) is granted; and

21           2.  Plaintiff is granted thirty days from the date of this order in which to file and

22   serve an opposition to defendants' August 1, 2008 motion to dismiss.

23   DATED:  October 6, 2008.

24                                             _____

                                               U.S. MAGISTRATE JUDGE
25

     2/mp bowm2164.36
26