IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY STEVEN BOWMAN,

      Plaintiff,                    No. C.V. S-07-2164 FCD KJM P

   vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.           <u>ORDER</u>

_____/

      On September 5, 2008, the court vacated the hearing on defendant's motion to dismiss and directed plaintiff to file his opposition. On October 7, 2008, the court granted plaintiff's request for an extension of time in which to file the opposition. On the same day, plaintiff filed something which he titled "Objections To Findings and Recommendations" even though no findings and recommendations have been issued on the motion to dismiss. In this document, plaintiff does address the merits of the pending motion to dismiss; the court will deem it to be his opposition to the motion to dismiss.

      IT IS THEREFORE ORDERED that:

      1. The document filed on October 7, entitled "Objections" (docket no. 38) will be deemed an opposition to the motion to dismiss unless plaintiff notifies the court within fifteen days that he wishes to file a further opposition;

1        2.   If plaintiff has not so notified the court at the expiration of this fifteen day
2   period, defendants' reply, if any, is due thirty days thereafter; and
3        3.   The defendants are directed to reserve a copy of their motion and the
4   supporting points and authorities and exhibits on plaintiff at his correct address within fifteen
5   days of the date of this order.
6   DATED: October 22, 2008.

_____
U.S. MAGISTRATE JUDGE

2/bowm2164.nof&r