IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY STEVEN BOWMAN,

    Plaintiff,          No. CIV S-07-2164 FCD KJM P

  vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.          <u>ORDER</u>

                                    /

On December 3, 2008, plaintiff filed a request for reconsideration of the magistrate judge's order file November 25, 2008, denying plaintiff's motion for a temporary restraining order. Pursuant to Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law in that it does not appear that plaintiff made the necessary showing of a strong likelihood of success on the merits of the underlying complaint.

/////

/////

/////

/////

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 25, 2008, is affirmed.

DATED: March 18, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE