IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY STEVEN BOWMAN,

    Plaintiff,       No. CIV S-07-2164 FCD KJM P

  vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.    <u>ORDER</u>

               /

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On March 23, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 23, 2009, are adopted in full;

2. Defendants' motion to dismiss or to stay (Docket No. 24) is granted as to plaintiff's challenge to the residence restrictions of Jessica's Law (Penal Code § 3003.5) and that the challenge to those restrictions is stayed, but denied in all other respects;

3. Plaintiff's requests for access to the law library, legal supplies and his legal materials (Docket Nos. 45 and 86) are denied; and

4. Plaintiff's motions for injunctive relief (Docket Nos. 55 and 74) are denied.

DATED: April 15, 2009.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE