IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY STEVEN BOWMAN,

        Plaintiff,               No. CIV S-07-2164 FCD KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.       <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file a reply to defendants' May 21, 2009 opposition to the motion for summary judgment.

        Plaintiff has also requested that his motion for law library access (docket no. 119) be withdrawn.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 1, 2009 motion for an extension of time (Docket no. 118) is granted;

        2. Plaintiff's opposition to the motion for summary judgment and related documents are deemed timely. (Docket nos. 122, 123, 124); and

/////

/////

1   3. Plaintiff's motion to withdraw his earlier motion (Docket no. 120) is granted
2  and his motion for law library access (Docket no. 119) is deemed withdrawn.
3  DATED: June 29, 2009.

_____
U.S. MAGISTRATE JUDGE

2/md
bowm2164.36