IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY STEVEN BOWMAN,

      Plaintiff,                            No. CIV S-07-2164 FCD KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.                  ORDER

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On December 23, 2009, plaintiff asked to dismiss his pending motion for summary judgment and to submit a second amended complaint limited to his challenge to the residency restrictions of Jessica's Law. Defendants have filed statements of non-opposition in response to both motions. With respect to the motion to file an amended complaint, the challenge to the residency restrictions previously has been stayed. See Docket Nos. 97, 104. In the interests of judicial economy, that motion will be granted but plaintiff will be directed to file his second amended complaint only after the stay is lifted.

        In addition, plaintiff has filed a request to extend time in which to file his discovery requests in compliance with the court's scheduling order of December 16, 2009, and a request that the court issue a discovery schedule.

IT IS HEREBY ORDERED that:

1. Plaintiff's unopposed motion to file a second amended complaint (docket no. 142) is granted. Plaintiff's amended complaint is due within twenty-eight days of the lifting of the stay currently in place in this action; defendants' amended answer will be due within twenty-one days of the filing of the amended complaint.

2. The dates in the court's scheduling order of December 16, 2009 are hereby vacated. A new scheduling order will be issued after the stay is lifted and the amended answer filed. Plaintiff's motion for an extension of time (docket no. 147) and motion for a scheduling conference (docket no. 141) are denied without prejudice.

3. Plaintiff's unopposed motion to withdraw his pending motion for summary judgment (docket no. 143) is granted and the motion (docket no. 100) is dismissed.

DATED: January 6, 2010.

_____
U.S. MAGISTRATE JUDGE

2
bowm2164.mot