IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY STEVEN BOWMAN,

        Plaintiff,                  No. CIV S-07-2164 FCD KJM P

   vs.

ARNOLD SCHWARZENEGGER, et al.

        Defendants.             <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Defendants were given the opportunity to object to the dismissal and have not responded.

        Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: August 11, 2010.

                                              U.S. MAGISTRATE JUDGE

2
bowm2164.59